UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| JEREMY MICHAEL SMITH | ) | CASE NO.  07-10770 |
| MISTY DAWN SMITH | ) | Chapter 13 |
| DEBTOR(S) | ) | |

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. Section 347(a) and Fed. Rules of Bankruptcy Procedure Rule 3011, Donald M. Aikman, the Standing Chapter 13 Trustee in this case, has deposited with the Clerk of this Court unclaimed funds to which a creditor is entitled and described as follows:

1. That Trustee has been unable to locate the creditor, Elite Recovery, for whom he holds the sum of $387.46 representing distributions to which said creditor is entitled under the terms of Debtors' confirmed plan.

2. That the creditor's last known address is:  Elite Recovery, 255 Great Arrow, Ste 15, Buffalo, NY, 14207.

3. That Trustee's bookkeeper has tried two different telephone numbers and both are disconnected.

4. That Trustee has deposited with the Clerk of this Court the said sum of $387.46 for the aforesaid creditor to be disposed of under Chapter 129 of Title 28.

DATED:  September 10, 2009      /s/Donald M. Aikman
                                Donald M. Aikman, Chapter 13 Trustee
                                203 West Wayne Street, Suite 400
                                Fort Wayne, IN  46802
                                Telephone:  260/422-7062

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 10th of day September, 2009 he mailed a true and complete copy of the above and foregoing by United States mail, postage prepaid, to the following:

Elite Recovery, 255 Great Arrow, Suite 15, Buffalo, NY, 14207
Jeremy and Misty Smith, 303 East Washington Street, Hartford City, IN, 47348

and electronically mailed by the court's ECF system to :

United States Trustee:  ustpregion10.so.ecf@usdoj.gov
John Sees:  sees@seeslaw.com

                                                           /s/Donald M. Aikman
                                                           Donald M. Aikman